IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEBBIE MURPHREE,

    Plaintiff,

vs.                            2:07-cv-1047-MHT

GOVERNOR BOB RILEY,

    Defendant.

## COMPLAINT

**JURISDICTION:**

Comes now, Debbie Murphree, by and for herself, as a resident of the State of Alabama, and citizen who lives within the Middle District of Alabama's jurisdiction. Federal Jurisdiction review of this case, is based on violation of my civil and constitutional rights (Alabama Constitution, Section 35) by Governor Bob Riley, in his official capacity.

**PLAINTIFF'S NAME AND ADDRESS:**

Debbie Murphree, PRO SE
1981 Amber Rose Drive
Prattville, Alabama 36067
334-365-3617

DEFENDANT'S NAME AND ADDRESS:

Governor Bob Riley
Office of the Governor
State Capitol
Montgomery, Alabama 36130

## FACTS OF THE CASE

This Complaint is based on the denial of Constitutional Rights of Plaintiff (Debbie Murphree), according to The Alabama Constitution, Section 35, which states, "The sole object and only legitimate end of Government is to protect the citizen in the enjoyment of life, liberty, and property, and when the Government assumes other functions, it is usurpation and oppression."

The facts are that my rights, (in terms of Alabama Constitution, Section 35 Right to Protection) have been violated by Governor Bob Riley, in that the UNTESTED DNA in Death Row Inmate, Thomas Douglas Arthur's case is being withheld and without reason, not being tested. Governor Bob Riley has the power to allow testing of the

DNA, but has refused, allowing this DNA to belong to a MURDERER, unbeknownst to me, and not having been apprehended as of yet, but posing a danger to me, and all Alabamians. There has been no proof or evidence entered on the record, that this DNA belongs to Death Row Inmate, Thomas Douglas Arthur. The testing done thus far, does not indicate Thomas Arthur as a culprit, or suspect, inconclusively. REASONABLE DOUBT EXISTS. The possible culprit/murderer could still be in the public, and could pose a potential and future danger to myself and to the public.

Governor Bob Riley has written to me, through United States Mail, "It is my policy to personally review the facts and circumstances in each capital murder case." (dated September 24, 2007).

and then again, "The evidence is overwhelming that Thomas Arthur is guilty and he will be executed for his crime...It is my intent that, as soon as the stay has expired, justice will be administered to Thomas Arthur." (dated October 4, 2007).

However, Justice cannot be administered to Thomas Arthur until DNA in this case has been

tested, and all doubts removed as to his guilt or innocence. ALSO, my rights, as a citizen, to be protected (Section 35), and also the "sole object and only legitimate end of Government is to protect the citizen",

have been violated without POSITIVE PROOF by DNA testing, that THOMAS DOUGLAS ARTHUR, is indeed guilty of murder of Troy Wicker. Also, the potential of a murderer on the loose, (who could kill again), IS GREAT.

## IN CONCLUSION AND REQUEST FOR RELIEF

Governor Bob Riley has NOT, shown to me, as requested, the OVERWHELMING EVIDENCE that Thomas Douglas Arthur is GUILTY, and as long as REASONABLE DOUBT exists, and DNA TESTING IS NOT CONDUCTED, I am being violated for the period of time that DNA TESTING IS NOT CONDUCTED. PLEASE ORDER GOVERNOR BOB RILEY TO CONDUCT DNA TESTING IN THOMAS ARTHUR'S CASE, BEFORE HE IS EXECUTED. His execution date is December 6th, 2007.

RESPECTFULLY SUBMITTED,

*Debbie Murphree*

Debbie Murphree, PRO SE
1981 Amber Rose Drive
Prattville, Ala. 36067
334-365-3617

# ATTACHMENT

Case 2:07-cv-01047-MHT-TFM     Document 1-2     Filed 11/28/2007     Page 1 of 3

OFFICE OF THE GOVERNOR

BOB RILEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-0937

# STATE OF ALABAMA

September 24, 2007

Mrs. Debbie Murphree
1981 Amber Rose Drive
Prattville, AL 36067-7681

Dear Mrs. Murphree:

Thank you for your letter regarding the scheduled execution of Thomas Douglas Arthur. I appreciate you taking the time to contact me with your thoughts on this case.

I consider my duties, responsibilities and decisions as they relate to pending executions to be the most important decisions that I, or any other Governor, must make. It is my policy to personally review the facts and circumstances in each capital murder case, whenever an execution has been ordered and set. My legal staff has already begun reviewing the case of Mr. Arthur to determine whether executive clemency is warranted. I will then consider their recommendation, along with all other facts and circumstances, in making my decision as to whether or not it is justifiable to overrule the jury verdict and sentence, which were legally imposed as a part of our judicial system. Your comments will certainly be considered in this process.

Thank you again for taking the time to share your opinion with me.

Sincerely,

Bob Riley
Governor of Alabama

BR/ps/lp

**OFFICE OF THE GOVERNOR**

**BOB RILEY**
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA  36130

(334) 242-7100
FAX: (334) 242-0937

# STATE OF ALABAMA

October 4, 2007

Mrs. Debbie Murphree
1981 Amber Rose Drive
Prattville, AL 36067-7681

Dear Mrs. Murphree:

Thank you for contacting me regarding the stay of execution granted to Thomas D. Arthur. I appreciate you taking the time to share your opinions with me.

The evidence is overwhelming that Thomas Arthur is guilty and he will be executed for his crime. The decision to grant a brief stay was made only because the state is changing its lethal injection protocol. This delay will allow sufficient time for the Department of Corrections to make that change. It is my intent that, as soon as the stay has expired, justice will be administered to Thomas Arthur. The Alabama Attorney General has already made a motion for, and I have every expectation that the Alabama Supreme Court will promptly set, a new date of execution at the expiration of this 45-day period.

Again, thank you for taking the time to share your views with me. Knowing the opinions of Alabama citizens on such important issues is vital to the success of this state.

Sincerely,

*Bob Riley*

Bob Riley
Governor of Alabama

BR/ps/lp