IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEBBIE MURPHREE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:07-cv-1047-MHT |
| v. | ) | [wo] |
| | ) | |
| BOB RILEY, in his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

There being no timely objections filed to the Recommendation of the Magistrate Judge filed herein on December 3, 2007 (Doc. 5) and upon an independent and de novo review of the file in this case, it is the ORDER of this court as follows:

(1) This Recommendation of the Magistrate Judge filed herein on December 3, 2007 (Doc. 5) is adopted.

(2) This action is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) as a there is no federal subject matter jurisdiction and Plaintiff lacks standing to sue.

(3) This case is dismissed without prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

(4) An appropriate judgment will be entered.

DONE, this the 2nd day of January, 2008.

                                                             /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE